RECEIVED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NO: 1:07cv00957

UNITED VAN LINES, L.L.C, )
)
Plaintiffs, )
)
v. )
)
ERIC PARKS and JERIE PARKS, )
)
Defendants. )
)
)

DEFAULT JUDGMENT

FILED
APR 2 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS CAUSE coming before the undersigned Clerk of Court for the United States District Court, Middle District of North Carolina, upon Plaintiff's "Motion for Entry of Default Judgment" (Docket filing No. 1:07-cv-00957-TDS-PTS, Documents 8, 8-2, 8-3, and 8-4) against the Defendants Eric Parks and Jerie Parks; and

IT APPEARING to the undersigned that Plaintiff's claim against Defendants Eric Parks and Jerie Parks in the amount of six thousand thirty-two dollars and ten cents ($6,032.10) is for a sum certain or for a sum which can by computation be made certain, which is supported by the Complaint filed in this matter and the Affidavit in Support of Motion for Default Judgment filed as "Exhibit A" to Plaintiff's Motion for Default Judgment.

FURTHER APPEARING to the undersigned that Plaintiff has incurred costs in the amount of three hundred and fifty dollars ($350.00) in the prosecution of this claim, which is supported by the receipt from US District Court and Court Docket sheet for above-captioned action referencing three-hundred and fifty dollars ($350.00) filing fee, both documents are attached, respectively, as "Exhibit B" and "Exhibit C" to Plaintiff's Motion for Default Judgment.

FURTHER APPEARING to the undersigned that, on February 7, 2008, this court entered default against the Defendants for failure to answer or defend this claim.

NOW, WHEREFORE, this Plaintiff's motion for default judgment is GRANTED against Defendants in the amount of six thousand thirty-two dollars and ten cents ($6,032.10) plus costs in the amount of three hundred and fifty dollars ($350.00), for a total of six thousand three hundred eighty two dollars and ten cents ($6,382.10).

This the 3rd day of March, 2008.

/s/ John S. Brubaker
Clerk of Court

A True Copy
Teste:
John S. Brubaker, Clerk
By:
Deputy Clerk